C. Mark Humbert (SBN 111093)
GREEN & HUMBERT
220 Montgomery Street, Suite 1418
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile: (415) 837-0127
Email: markh@lifehealthlaw.com

Attorneys for Plaintiff
Protective Life Insurance Company

Bruce H. Schneider (pro hac vice)
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038
Telephone: 212-806-5400
Facsimile: 212-806-6006
Email: bschneider@stroock.com

Attorneys for Defendant and Cross-Claimant
Wells Fargo Bank, National Association

Ernest M. Malaspina (SBN 187946)
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S. First Street
San Jose, CA 95113
Telephone: (408) 286-9800
Facsimile: (408) 938-6253
Email: wdolwig@hopkinscarley.com

Attorneys for Defendants CHRISTINE A. DUMAIS, as co-executor of the Estate of Don Avery Patton and individually, DOUGLAS M. PATTON, as co-executor of the Estate of Don Avery Patton and individually

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY, <br><br> PLAINTIFF, <br><br> VS. <br><br> CHRISTINE A. DUMAIS, as co-executor of the Estate of Don Avery Patton and individually, DOUGLAS M. PATTON, as co-executor of the Estate of Don Avery Patton and individually, and WELLS FARGO BANK, NATIONAL ASSOCIATION, <br><br> DEFENDANTS. | Case No. 10-CV-02459-EMC <br><br> STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE, FOR DISCHARGE, AWARD OF COSTS AND FEES, AND PAYMENT OF INTERPLEADED FUNDS |

This Stipulation and Order of Dismissal with Prejudice, for Discharge in Interpleader, Award of Costs and Fees, and Payment of Interpleaded Funds("Stipulation") is made and entered

Stipulation and Order for Discharge, Award of Costs and Fees, and Payment of Interpleaded Funds
*Protective Life Insurance Company v. Christine A. Dumais et al. Case No.: 10-CV-02459*
NY 72871312v6

into by plaintiff PROTECTIVE LIFE INSURANCE COMPANY ("PROTECTIVE LIFE"), and defendants CHRISTINE A. DUMAIS, as co-executor of the Estate of Don Avery Patton and individually ("DUMAIS"), DOUGLAS M. PATTON, as co-executor of the Estate of Don Avery Patton and individually ("PATTON"), and WELLS FARGO BANK, NATIONAL ASSOCIATION ("WELLS FARGO") (collectively "Defendants"). By and through their respective attorneys of record, PROTECTIVE LIFE and Defendants hereby stipulate that:

1. The Claim for Interpleader was brought by PROTECTIVE LIFE in good faith, and this Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. Sections 1332 and 1335.

2. On June 3, 2010 PROTECTIVE LIFE deposited with the Court the full amount of benefits, plus interest, $1,278,531.29, which were due and owing from Don Avery Patton's death and coverage under the policy of life insurance originally issued by the Standard Life Insurance Company and numbered SD0531761 ("the Policy").

3. Prior to the date of filing of this action, defendants DUMAIS, PATTON, and WELLS FARGO claimed entitlement to the benefits and interest under the Policy. PROTECTIVE LIFE, and its predecessor in interest, the Standard Life Insurance Company (referred to collectively hereinafter as "PROTECTIVE LIFE"), have claimed and claim no interest in the proceeds due and owing pursuant to Don Avery Patton's death and coverage under the Policy, other than as set forth below.

4. WELLS FARGO answered the Complaint and cross-claimed in interpleader claiming sole entitlement to the proceeds of the Policy.

5. Defendants DUMAIS, PATTON, and WELLS FARGO hereby release, discharge and acquit PROTECTIVE LIFE, and their representatives, attorneys, agents and employees, of and from any and all liability of any kind or nature whatsoever arising from Don Avery Patton's coverage under the Policy and/or any amounts due and owing or claimed to be due and owing

- 2 -

Stipulation and Order for Discharge, Award of Costs and Fees, and Payment of Interpleaded Funds
*Protective Life Insurance Company v. Christine A. Dumais et al.* Case No.: 10-CV-02459

NY 72871312v6

thereunder or related to this Complaint, as more fully described in the Complaint on file herein. In this regard, DUMAIS, PATTON and WELLS FARGO hereby expressly waive any and all rights against PROTECTIVE LIFE under Section 1542 of the California Civil Code arising from Don Avery Patton's coverage under the Policy, and/or any amounts due and owing or claimed to be due and owing thereunder, or related to this Complaint as more fully described in the Complaint on file herein. Section 1542 of the California Civil Code reads as follows:

> "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

6.  DUMAIS, PATTON and WELLS FARGO are represented by counsel and have made careful and diligent inquiries and investigations to ascertain the facts relating to the Complaint herein, and this Stipulation. Defendants fully understand that if the stipulated judgment herein proposed is entered by the Court, they will be forever barred and prevented from seeking any further recovery, relief or compensation against or from PROTECTIVE LIFE or by DUMAIS and PATTON against or from WELLS FARGO, either individually or on behalf of any other individual, trust or other entity, relating in any way to the proceeds due and owing related to Don Avery Patton's coverage under the Policy and/or any amounts due and owing or claimed to be due and owing thereunder.

7.  DUMAIS, PATTON and WELLS FARGO agree to waive all rights to the attorneys' fees and costs they incurred in connection with this action and stipulate that the Court shall award PROTECTIVE LIFE fees and costs in the amount of $10,000.00 to be paid from the interpleaded funds in full satisfaction of PROTECTIVE LIFE's claims for costs and fees arising out of this action.

- 3 -

Stipulation and Order for Discharge, Award of Costs and Fees, and Payment of Interpleaded Funds
*Protective Life Insurance Company v. Christine A. Dumais et al.* Case No.: 10-CV-02459
NY 72871312v6

8. Defendants DUMAIS and PATTON have determined upon review of the file and the Policy and upon advice of legal counsel to disclaim all benefits under the Policy in favor of WELLS FARGO as the named beneficiary under the Policy and defendants DUMAIS, PATTON and WELLS FARGO hereby stipulate that an order and judgment shall issue awarding the entire amount on deposit with the Court to be paid to "WELLS FARGO BANK N.A.", with the exception of $10,000.00 (ten thousand dollars) to be paid by the Clerk of the Court to PROTECTIVE LIFE care of its counsel of record, representing partial reimbursement to PROTECTIVE LIFE of its attorneys fees and costs incurred in this interpleader action.

9. Defendants DUMAIS and PATTON, individually and as Co-Executors of the Estate of Don Avery Patton, and PROTECTIVE LIFE, hereby release, discharge and acquit WELLS FARGO, and each person or entity who may claim an interest in the policy through WELLS FARGO, and each of their respective parents, subsidiaries, affiliates, predecessors, successors, assigns, and beneficiaries, and their respective representatives, attorneys, agents and employees (the "WELLS FARGO RELEASEES"), of and from any and all liability of any kind or nature whatsoever arising from Don Avery Patton's coverage under the Policy and/or any amounts due and owing or claimed to be due and owing thereunder or related to this Complaint, as more fully described in the Complaint on file herein. In this regard, DUMAIS, PATTON and PROTECTIVE LIFE, hereby expressly waive any and all rights against the WELLS FARGO RELEASEES under Section 1542 of the California Civil Code arising from Don Avery Patton's coverage under the Policy, and/or any amounts due and owing or claimed to be due and owing thereunder or related to this Complaint, as more fully described in the Complaint on file herein. Section 1542 of the California Civil Code reads as follows:

> "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the

- 4 -

Stipulation and Order for Discharge, Award of Costs and Fees, and Payment of Interpleaded Funds
*Protective Life Insurance Company v. Christine A. Dumais et al.* Case No.: 10-CV-02459
NY 72871312v6

> release, which if known by him must have materially affected his settlement with the debtor."

10. Defendant WELLS FARGO and Plaintiff PROTECTIVE LIFE, hereby release, discharge and acquit DUMAIS AND PATTON, individually and as Co-Executors of the Estate of Don Avery Patton, and their representatives, attorneys, agents and employees, of and from any and all liability of any kind or nature whatsoever arising from Don Avery Patton's coverage under the Policy and/or any amounts due and owing or claimed to be due and owing thereunder or related to this Complaint, as more fully described in the Complaint on file herein. In this regard, WELLS FARGO and PROTECTIVE LIFE, hereby expressly waive any and all rights against DUMAIS AND PATTON, individually and as Co-Executors of the Estate of Don Avery Patton under Section 1542 of the California Civil Code arising from Don Avery Patton's coverage under the Policy, and/or any amounts due and owing or claimed to be due and owing thereunder or related to this Complaint, as more fully described in the Complaint on file herein. Section 1542 of the California Civil Code reads as follows:

> "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

Stipulation and Order for Discharge, Award of Costs and Fees, and Payment of Interpleaded Funds
*Protective Life Insurance Company v. Christine A. Dumais et al.* Case No.: 10-CV-02459
NY 72871312v6

11. The Complaint and Cross-Claim in Interpleader are dismissed with prejudice subject to the provisions of this Stipulation and Order.

IT IS SO STIPULATED.

DATED: July __, 2010

GREEN & HUMBERT

By: /s/ C. Mark Humbert
C. Mark Humbert

Attorneys for Plaintiff
Protective Life Insurance Company

STROOCK & STROOCK & LAVAN, LLP

By: *[signature]*
Bruce H. Schneider (pro hac vice)

Attorneys for Defendant and Cross-Claimant
Wells Fargo Bank, National Association

HOPKINS & CARLEY

By: *[signature]*
Ernest M. Malaspina
AUGUST 5, 2010
Attorneys for Defendants CHRISTINE A. DUMAIS, as co-executor of the Estate of Don Avery Patton and individually, DOUGLAS M. PATTON, as co-executor of the Estate of Don Avery Patton and individually

**ORDER**

IT IS SO ORDERED. Judgment is to be entered in conformance herewith.

DATED: 8/10/10

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — Judge Edward M. Chen]*

- 6 -
Stipulation and Order for Discharge, Award of Costs and Payment of Interpleaded Funds
Protective Life Insurance Company v. Christine A. Dumais et al. Case No.: 10 CV 02459
NY 72871312v6